UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
D.H. DEESIGNS, LLC,                     :    22cv6774 (DLC)
                                        :
                    Plaintiff,          :    ORDER
                                        :
              -v-                       :
                                        :
YUYING BAI, et al.,                     :
                                        :
                    Defendants.         :
                                        :
---------------------------------------X

DENISE COTE, District Judge:

    As set forth at the hearing held on August 23, 2022, all papers under seal in this action are now unsealed.  Accordingly, it is hereby

    ORDERED that the Clerk of Court shall unseal this case and file all documents in the public record.

    SO ORDERED:

Dated:    New York, New York
          August 23, 2022

                                                      DENISE COTE
                                      United States District Judge