IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.H. DEESIGNS, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>YUYING BAI and DOES 1-10<br><br>          Defendants. | Civil Action No.:<br><br>FILED UNDER SEAL |

[PROPOSED] ORDER

AND NOW, this 8th day of August, 2022, upon consideration of the Motion for Leave to File Under Seal filed by Plaintiff D.H. Deesigns, LLC, it is hereby ordered that Plaintiff's Motion is GRANTED.

Plaintiff shall file unredacted versions of its Complaint and Exhibits A through K filed in support thereof, under seal.

BY THE COURT:

_____
United States District Judge