UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
D.H. DEESIGNS, LLC,                  :        22cv6774 (DLC)
                     Plaintiff,      :
                                     :        SEALED ORDER
          -v-                        :
                                     :
YUYING BAI, et al.                   :
                                     :
                     Defendants.     :
------------------------------------ X

DENISE COTE, District Judge:

     On August 9, 2022, the Hon. Jed Rakoff issued a Temporary

Restraining Order and scheduled a hearing for August 17, 2022.

It is hereby

     ORDERED that the August 17, 2022 hearing is rescheduled to

**August 23, 2022 at 3:30 p.m.** in Courtroom 18B, 500 Pearl Street,

New York, New York 10007.

     IT IS FURTHER ORDERED that plaintiff shall serve a copy of

this Order on the defendants by **August 15, 2022.**

     SO ORDERED:

Dated:    New York, New York
          August 12, 2022

                              _____
                                    DENISE COTE
                          United States District Judge