UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
D.H. DEESIGNS LLC,                       :     22cv6774 (DLC)
                                         :
                    Plaintiff,           :     ORDER
          -v-                            :
                                         :
YUYING BAI and DOES 1-10,                :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- :
                                         X

DENISE COTE, District Judge:

    The plaintiff having requested a default judgment against defendant Yuying Bai on January 3, 2023, it is hereby

    ORDERED that the plaintiff shall serve this Order and the underlying papers on defendant Yuying Bai on or before **January 13, 2023** by certified overnight mail.

    IT IS FURTHER ORDERED that a default judgment hearing will be held on **March 3 at 12:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York NY 10007. Failure of defendant Yuying Bai to appear will result in entry of a default or a default judgment.

Dated:    New York, New York
          January 5, 2023

                                          _____
                                              DENISE COTE
                                   United States District Judge